## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

CHARLENE EVERS               )
                                  )
              Plaintiff,      )
                                  )
v.                              )     **JUDGMENT**
                                  )
                                  )     No. 5:16-CV-808-FL
NANCY A. BERRYHILL,        )
Acting Commissioner of Social Security,  )
                                  )
              Defendant.    )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 27, 2017, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is DENIED, defendant's motion is GRANTED, and this matter is DISMISSED.

**This Judgment Filed and Entered on November 27, 2017, and Copies To:**

Frederick W. Fleming (via CM/ECF Notice of Electronic Filing)
Kaba-Kabi A. Kazadi (via CM/ECF Notice of Electronic Filing)


November 27, 2017                  PETER A. MOORE, JR., CLERK
                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk